IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3032 |
| | ) | |
| V. | ) | |
| | ) | |
| SHERRI CUDDEFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     IT IS ORDERED that the defendant's motion to extend deadline to file motion and brief for variance in sentence (filing 11) is granted. The deadline for filing such motion and brief is extended to on or before July 1, 2010. The undersigned's tentative findings will be issued on or about July 2, 2010.

     DATED this 25th day of June, 2010.

                                                BY THE COURT:

                                                *Richard G. Kopf*
                                                United States District Judge